CATHERINE KALB et al., Appellants, *v.* JOHN J. KALB, Respondent.

*Kalb* v. *Kalb*, 98 App. Div. 634, affirmed.
(Submitted October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment, entered January 19, 1905, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which overruled plaintiffs' exceptions ordered to be heard in the first instance by the Appellate Division, denied a motion for a new trial, and directed judgment for defendant on a verdict directed at a Trial Term.

*George D. Forsyth* for appellants.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.